IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

RICKY HILL,

    Plaintiff,

    v.

SLSG PRO, LLC (f/d/b/a ST. LOUIS FC),
UNITED SOCCER LEAGUES, LLC,

    Defendants.

Case No.

Hon.

---

## COMPLAINT

Plaintiff, Ricky Hill, by his undersigned counsel of record, brings this action for discrimination in hiring based on race and ethnicity, pursuant to 42 U.S.C. § 1981, against Defendants, SLSC Pro, LLC (f/d/b/a St. Louis FC) and United Soccer Leagues, LLC.

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction over the subject matter of the instant complaint pursuant to 28 U.S.C. § 1331 because the Plaintiff's claims arise under the laws of the United States.

2. Venue is proper in this District pursuant to 28 U.S.C. §1391 because the unlawful employment practices and/or omissions were committed in whole or in part, in this District.

### II. PARTIES

3. Plaintiff, Ricky Hill, at all times material to the allegations in this Complaint, has been a citizen of England and permanent lawful resident of the United States, residing in Chicago, Illinois.

4. Defendant, SLSG Pro, LLC ("SLSG"), at all times material to the allegations in this Complaint, was the owner of a professional men's soccer team known as St. Louis FC.

5. Defendant, United Soccer Leagues, LLC ("USL"), at all times material to the allegations in this Complaint, was a professional men's soccer league of which St. Louis FC was a member club.

### III. FACTS

**A. Examples of Ricky Hill's Career Achievements**

6. Ricky Hill was an elite level football player in England from 1976 to 1989, which included playing on the England national football team (representing England in international competition) from 1982 to 1986.

7. In 1992, as a player-coach for the Tampa Bay Rowdies in the American Professional Soccer League, which was then the premier U.S. professional soccer league, Mr. Hill led his team to two national finals and, among other awards, was voted the league's coach of the year and was a first team all-star.

8. In 1994, Mr. Hill was the Technical Director of the Cocoa Expos in the United States Interregional Soccer League, the premier U.S. professional soccer league at that time. He led that team to a divisional title and an appearance in the national championship, finishing as runner up in the 72-team nationwide league.

9. From 1996 through 1999, Mr. Hill was the Premier League club Sheffield's academy U19 development head coach, charged with the future development of U18 players assisting to elevate them into the first team. The Premier League is the top professional football league in the world.

10. In 2003, Mr. Hill was appointed Technical Director and head coach of San Juan Jabloteh in the Trinidad and Tobago Professional Football League. He led the club to unprecedented success, winning four out of a possible five competition trophies, including the prestigious Caribbean Football Union, signifying the best professional club team in the Caribbean, and qualifying for the Concacaf Champions League (the top-level club knockout competition in the Concacaf region.) The San Juan team's success resulted in Mr. Hill winning his second professional coach of the year award for 2003-2004.

11. During Mr. Hill's tenure with San Juan Jabloteh, 13 players from the team represented the Trinidad and Tobago national team, which qualified for the 2006 World Cup Finals in Germany, for the only time in the country's history.

12. In 2012, as head coach of the Tampa Bay Rowdies of the North American Soccer League ("NASL"), which was known as the second division of USA soccer, with Major League Soccer ("MLS") being the first, Mr. Hill led his team to a national championship which was the franchise's first in 27 years. Mr. Hill received his third professional coach of the year award from the NASL (his second within US professional soccer).

13. As coach of the Rowdies, Mr. Hill amassed a 53% winning record, which was the second highest winning percentage in the NASL's modern history.

14. Subsequent to Mr. Hill's departure from NASL in 2014, four coaches from that league have been elevated to the MLS, none of whom achieved the degree of success that Mr. Hill had with Tampa Bay.

**B.** **St. Louis FC and USL Hire Far Less Qualified White Head Coaches**

15. St. Louis FC was founded in 2014, and were scheduled to begin play in the USL in 2015.

16. In January of 2015, the team announced their affiliation with the Chicago Fire of the MLS.

17. St. Louis FC hired Dale Schilly as its head coach for the 2015 season. Mr. Schilly is white, and has neither an elite level professional playing career, nor an elite level professional coaching career. In sum, Mr. Schilly was not objectively close to being as qualified as Mr. Hill for the head coach position at St. Louis FC, or any other US professional soccer team.

18. Mr. Schilly was relieved of his duties for St. Louis FC on or about August 15, 2016.

19. On or about August 16, 2016, elite level US and international soccer agent, Patrick McCabe, acting on Mr. Hill's behalf, made contact with St. Louis FC's General Manager, Jeremy Alumbagh, seeking consideration of Mr. Hill for the head coach position and submitting his resume.

20. No one on behalf of St. Louis FC ever responded to Mr. McCabe or Mr. Hill regarding his application for the head coach position.

21. St. Louis FC then hired Predrag Radosavljević (p/k/a "Preki"), who is white, as their head coach in October of 2016. While Preki's and Mr. Hill's background experience is similar in nature, Mr. Hill clearly has a superior record of winning games as a coach. Given the significance of a winning record in professional soccer, it would be difficult to dispute Mr. Hill's superior qualification for the head coach position at St. Louis FC.

22. A month or so later, in November of 2017, St. Louis FC announced that Preki was leaving the club by mutual agreement, and Anthony Pulis, who is also white, would become the next head coach the very next day.

23. Mr. Pulis had far less playing and coaching experience, success and credentials than Mr. Hill and, like the two other white head coaches chosen by St. Louis FC before him, was less qualified than Mr. Hill for the position.

24. On or about January 4, 2020, St. Louis FC announced that Mr. Pulis was leaving the club to pursue an opportunity with MLS. Later that same day, St. Louis FC announced that Steve Trittschuh, who is white, would be their new head coach.

25. Prior to St. Louis FC making the announcement and hiring Mr. Trittschuh, in 2019, an associate and friend of Mr. Hill's who is affiliated with the club, had reached out to its General Manager, Jerry Alumbagh, on Mr. Hill's behalf, inquiring about potential open coaching positions. St. Louis FC provided no response.

26. Mr. Trittschuh, who played alongside, and was coached by, Mr. Hill on the Tampa Bay Rowdies, is a much less experienced and less successful professional soccer coach than Mr. Hill.

27. Mr. Hill's qualifications, availability and interest in the St. Louis FC head coach position, despite having been repeatedly conveyed to team management, seem to have been invisible to the decision-makers at St. Louis FC, who repeatedly chose to elevate white candidates from a seemingly never-ending cue, rising within the organization while an obviously more qualified Black candidate was ignored.

28. Like all of the teams in the USL, St. Louis FC operates under the auspices, stewardship and governance of the USL.

29. The USL, on information and belief, is generally, if not specifically, aware of the elite, internationally-recognized applicants for the head coaching positions of its member teams. It is also aware of the identities of the head coaches ultimately appointed by those teams.

30. The USL, on information and belief, has no policy in place to ensure compliance with federal anti-discrimination law in the hiring of its head coaches.

31. The USL has thereby given its tacit, if not explicit, authorization and approval of the discriminatory acts alleged herein.

## COUNT I
(Discrimination in Violation of 42 U.S.C. §1981 Against All Defendants)

32. Plaintiff restates and realleges the allegations of paragraphs one (1) through 31 as if fully set forth herein.

33. By their above-described acts and omissions, including declining to hire Plaintiff for the position of head coach of St. Louis FC and by hiring, instead, less qualified white candidates in 2017 and again in 2020, Defendants have subjected Plaintiff to discrimination and thwarted Plaintiff's contract opportunities and equal enjoyment of the rights, privileges and benefits enjoyed by white citizens based on, and because of, his race and ethnicity in violation of 42 U.S.C. §1981,

34. Defendants have demonstrated repeatedly a preference for demonstrably less qualified white candidates over Plaintiff, who is Black, because Plaintiff is Black.

35. As a direct and proximate cause of Defendants' discriminatory acts, Plaintiff has and will continue to suffer pecuniary losses, emotional anguish and stress, and has been negatively impacted in terms of employment opportunities and compensation related thereto. Defendants' conduct herein has been intentional, willful, and in wanton disregard for Plaintiff's rights, and Defendants knew their actions would cause injury to Plaintiff.

## VI. RELIEF

Plaintiff seeks the following relief herein:

(1) a determination and finding that Defendants have violated Plaintiff's rights under 42 U.S.C. § 1981;

(2) an injunction ordering Defendant USL to refrain from continued discrimination against Plaintiff;

(3) an order that Plaintiff be paid damages to the full extent permitted under 42 U.S.C. § 1981;

(4) an order that Plaintiff be paid back pay and front pay;

(5) an order of an award of compensatory damages in amounts to be determined by a jury;

(6) an order of an award of punitive damages in amounts to be determined by a jury to deter Defendants from continued discriminatory conduct and to punish Defendants for having engaged in discriminatory conduct as to Plaintiff;

(7) an award of Plaintiff's attorney's fees, court costs and prejudgment interest; and

(8) any additional relief as may be reasonable to make Plaintiff whole and effectuate justice.

**PLAINTIFF DEMANDS A TRIAL BY JURY**

Respectfully submitted,

RICKY HILL

By: /s/Steven M. Shebar
(One of his Attorneys)

SHEBAR LAW FIRM
Steven M. Shebar
0N370 Fanchon St.
Wheaton, Illinois 60187
(630) 877-6833
steveshebar@shebarlaw.com
*Attorneys for Plaintiff Ricky Hill*